# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-4959 PA (AJRx) | Date | March 17, 2026 |
|---|---|---|---|
| Title | Ashley Jackson v. Pathward, N.A. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On August 20, 2025, the Court issued an Order granting parties' Joint Stipulation to Submit Action to Arbitration and Stay Proceedings. The Order states, "If the arbitration is not completed by March 2, 2026, the parties shall file a Joint Status Report and continuing every four months until the arbitration is completed. Failure to file the required joint status report may, without further warning, result in dismissal of this action without prejudice." (Docket No. 12.) The parties' joint status report, which was due no later than March 2, 2026, has not been filed.

The Court therefore orders the parties to show cause in writing on or before **April 1, 2026**, why this action should not be dismissed for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.