JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ASHLEY ANN JACKSON,

Plaintiff,

vs.

PATHWARD, N.A.,

Defendant.

Case No.: 2:25-cv-04959-PA-AJR

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PATHWARD, N.A.**

Upon review of the Parties Stipulation of Dismissal with Prejudice as to Defendant Pathward, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice as to Defendant Pathward, N.A.

**IT IS SO ORDERED.**

Dated: September 09, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE